

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

```
           FILED          RECEIVED
           ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

              NOV
              OCT  1 2019

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
       BY:                     DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF

2909 STEWART AVENUE, UNIT 1
LAS VEGAS, NEVADA 89101

Case No. 2:19-mj-717-DJA

**Government's Motion To Unseal Case**

**CERTIFICATION: This Motion is timely filed.**

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in companion cases to this investigation, currently charged in State of Nevada case numbers 19F21822A and 19F21822B.

**DATED** this 1 day of November 2019.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Bianca R. Pucci
BIANCA R. PUCCI
Assistant United States Attorney

1

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>2909 STEWART AVENUE, UNIT 1<br>LAS VEGAS, NEVADA 89101 | Case No. 2:19-mj-717-DJA<br><br>**Order To Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 4th day of November 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2